RKDTrustee@dgdk.com
1900 Avenue of the Stars
11th Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

**UNITED STATES BANKRUPTCY COURT**
CENTRAL **DISTRICT OF** CALIFORNIA
LOS ANGELES **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRINCESS HEALTHCARE, LLC | § | Case No. 2:15-bk-17056-BB |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Richard K. Diamond (TR), TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 22.42 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,169,451.73 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 231,990.13 | |

3) Total gross receipts of $ 2,401,441.86 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,401,441.86 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,800,000.00 | $ 2,152,554.45 | $ 2,152,554.45 | $ 2,168,650.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 327,322.53 | 327,322.53 | 231,990.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 801.05 | 801.05 | 801.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 191,326.00 | 2,023,418.87 | 2,023,418.87 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,991,326.00 | $ 4,504,096.90 | $ 4,504,096.90 | $ 2,401,441.86 |

    4) This case was originally filed under chapter 7 on 05/01/2015. The case was pending for 20 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/29/2016    By:/s/Richard K. Diamond (TR), TRUSTEE
    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| COMMERCIAL PROPERTY | 1110-000 | 2,400,000.00 |
| REFUND OF INSURANCE PREMIUM | 1290-000 | 1,441.86 |
| **TOTAL GROSS RECEIPTS** | | **$2,401,441.86** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wilshire Bank 3200 Wilshire Blvd First Floor Los Angeles, CA 90010 | | 1,800,000.00 | NA | NA | 0.00 |
| 6 | 614 VENEZIA, LLC | 4110-000 | NA | 1,994,827.00 | 1,994,827.00 | 2,020,711.80 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | COUNTY OF SAN BERNARDINO | 4110-000 | NA | 20,937.97 | 20,937.97 | 6,664.45 |
| 3 | STANLEY TULCHIN & ASSOCIATES | 4110-000 | NA | 136,789.48 | 136,789.48 | 141,274.43 |
| TOTAL SECURED CLAIMS | | | $ 1,800,000.00 | $ 2,152,554.45 | $ 2,152,554.45 | $ 2,168,650.68 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD K. DIAMOND | 2100-000 | NA | 95,250.00 | 95,250.00 | 48,844.54 |
| RICHARD K. DIAMOND | 2200-000 | NA | 6,324.07 | 6,324.07 | 6,324.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 85.09 | 85.09 | 85.09 |
| CHICAGO TITLE COMPANY | 2500-000 | NA | 7,827.50 | 7,827.50 | 7,827.50 |
| Union Bank | 2600-000 | NA | 1,502.44 | 1,502.44 | 1,502.44 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3110-000 | NA | 94,013.50 | 94,013.50 | 48,210.46 |
| DANNING GILL DIAMOND & KOLLITZ LLP | 3120-000 | NA | 1,756.51 | 1,756.51 | 1,756.51 |
| SAMUEL R. BIGGS | 3410-000 | NA | 6,412.00 | 6,412.00 | 3,288.10 |
| SAMUEL R. BIGGS | 3420-000 | NA | 151.42 | 151.42 | 151.42 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GOLD SEAL PROPERTIES | 3510-000 | NA | 96,000.00 | 96,000.00 | 96,000.00 |
| STEVEN M. SPEIER | 3510-000 | NA | 18,000.00 | 18,000.00 | 18,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 327,322.53 | $ 327,322.53 | $ 231,990.13 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FRANCHISE TAX BOARD | 5800-000 | NA | 801.05 | 801.05 | 801.05 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 801.05 | $ 801.05 | $ 801.05 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Richard L Boyer 1037 Cerro Verde Drive Solana Beach, CA 92075 | | 0.00 | NA | NA | 0.00 |
| 11 | FONTANA HEALTHCARE, LLC | 7100-000 | NA | 400,000.00 | 400,000.00 | 0.00 |
| 10 | JEOUNG H. LEE | 7100-000 | NA | 600,000.00 | 600,000.00 | 0.00 |
| 12 | JORDAN FREEMAN ESQ | 7100-000 | NA | 16,374.87 | 16,374.87 | 0.00 |
| 7 | JOSEMAR MERCADO | 7100-000 | 184,576.00 | 166,118.40 | 166,118.40 | 0.00 |
| 8 | MARLENE Z. ROBERTSON | 7100-000 | NA | 833,881.60 | 833,881.60 | 0.00 |
| 4 | OFFICE OF STATEWIDE HEALTH PLANNING | 7100-000 | NA | 250.00 | 250.00 | 0.00 |
| 5 | OFFICE OF STATEWIDE HEALTH PLANNING | 7100-000 | 6,750.00 | 6,750.00 | 6,750.00 | 0.00 |
| 1A | FRANCHISE TAX BOARD | 7300-000 | NA | 44.00 | 44.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 191,326.00 | $ 2,023,418.87 | $ 2,023,418.87 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-17056 | BB | Judge: | Sheri Bluebond | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | PRINCESS HEALTHCARE, LLC | | | | Date Filed (f) or Converted (c): | 05/01/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/05/2015 |
| For Period Ending: | 12/29/2016 | | | | Claims Bar Date: | 09/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. COMMERCIAL PROPERTY<br><br>17933 and 17961 San Bernardino Ave, Bloomington, CA 92335, APNs 0252-041-38-000 and 0252-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 Commercial property located at 9712 and 9728 Grace Street, Bloomington, CA 92316-1615, APNs 0252-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 and 0252-201-03<br><br>UNITED STATES LIABILITY INSURANCE COMPANY PROPERTY AND LIABILITY POLICY<br>6/4/15 TO 6/4/16 | 2,000,000.00 | 500,000.00 | | 2,400,000.00 | FA |
| 2. CHECKING ACCOUNT<br><br>WILSHIRE BANK X1664 | 22.42 | 22.42 | | 0.00 | FA |
| 3. INTEREST IN PARTNERSHIP<br><br>UNASCERTAINED OWNERSHIP INTEREST IN AN UNNAMED PARTNERSHIP CREATED BY AN ARBITRATION AWARD IN ADRS CASE NO. 13-0368-ER<br><br>PER ORDER SIGNED 6/16/14, COURT DETERMINED DEBTOR IS PART OF PARTNERSHIP AND AWARDED JUDGMENT TO ROBERSTON AND LEE PARTIES. | Unknown | 0.00 | | 0.00 | FA |
| 4. SKILLED NURSING FACILITY LICENSE NO. 240000123<br><br>EXPIRED | 0.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS CARE BEDS AND FURNITURE | Unknown | 0.00 | | 0.00 | FA |
| 6. REFUND OF INSURANCE PREMIUM (u) | 0.00 | 1,441.86 | | 1,441.86 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,000,022.42 | $501,464.28 | | $2,401,441.86 | $0.00 |

(Total Dollar Amount in Column 6)

Case 2:15-bk-17056-BB    Doc 86    Filed 01/24/17    Entered 01/24/17 13:43:18    Desc
Main Document    Page 8 of 14

Page: 2

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

60 DAYS HAS PASSED AND THE TAX RETURNS ARE DEEMED ACCEPTED. THE TRUSTEE WAS SUCCESSFUL IN NEGOTIATING WITH CERTAIN CLAIMANTS WITHOUT THE NEED FOR AN OBJECTION. (09/30/16)

THE TRUSTEE EMPLOYED A BROKER TO ASSIST HIM IN SELLING LAND IN SAN BERNARDINO COUNTY. THE PROPERTY HAS BEEN SOLD AND THE FUNDS HAVE BEEN BROUGHT INTO THE ESTATE. THE ACCOUNTANTS HAVE FILED FINAL TAX RETURNS AND THE TRUSTEE IS AWAITING TAX CLEARANCE. HE IS ALSO NEGOTIATING WITH CERTAIN CLAIMANTS TO RESOLVE THEIR CLAIMS INFORMALLY. (03/31/16)

Initial Projected Date of Final Report (TFR): 07/31/2016        Current Projected Date of Final Report (TFR): 07/31/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-17056 | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
|---|---|---|---|
| Case Name: | PRINCESS HEALTHCARE, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6854 |
| | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX4639 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/15 | | Chicago Title Company<br>560 E. Hospitality Lane<br>San Bernardino, CA 92408 | NET DEPOSIT FROM SALE OF COMMERCIAL PROPERTY | | $109,521.82 | | $109,521.82 |
| | | | Gross Receipts    $2,400,000.00 | | | | |
| | | STEVEN M. SPEIER | COMMISSIONS    ($18,000.00) | 3510-000 | | | |
| | | GOLD SEAL PROPERTIES | COMMISSIONS    ($96,000.00) | 3510-000 | | | |
| | | 614 VENEZIA, LLC<br>C/O LAW OFFICES OF SAUL REISS, P.C.<br>2800 28TH STREET, SUITE 328<br>SANTA MONICA, CA 90405<br>TEL. 310/450-2888, FAX. 310/450-2885<br>EMAIL: REISSLAW@VERIZO.NET | PAYOFF    ($2,020,711.80) | 4110-000 | | | |
| | | STANLEY TULCHIN & ASSOCIATES<br>KNUTSON LAW PC<br>PO BOX 3658<br>DANA POINT CA 92629 | PAYOFF    ($141,274.43) | 4110-000 | | | |
| | | COUNTY OF SAN BERNARDINO<br>OFFICE OF THE TAX COLLECTOR<br>172 WEST THIRD ST<br>SAN BERNARDINO CA 92415 | PAYOFF    ($6,664.45) | 4110-000 | | | |
| | | CHICAGO TITLE COMPANY | TITLE & ESCROW CHARGES    ($7,827.50) | 2500-000 | | | |
| | 1 | | COMMERCIAL PROPERTY    $2,400,000.00 | 1110-000 | | | |
| 11/10/15 | | Transfer to Acct # xxxxxx6862 | Transfer of Funds | 9999-000 | | $109,521.82 | $0.00 |
| 12/28/15 | 6 | IPFS Corporation | REFUND OF INSURANCE PREMIUMS<br>(PAID BY THE FIRM/DGDK) | 1290-000 | $1,441.86 | | $1,441.86 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $31.51 | $1,410.35 |

| | | | Page Subtotals: | | $110,963.68 | $109,553.33 | |

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-17056 | | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | PRINCESS HEALTHCARE, LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX6854 |
| | | | | GENERAL ACCOUNT |
| Taxpayer ID No: | XX-XXX4639 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/16 | 5001 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE BOND PREMIUM, BOND #016030866, PER LBR 2016-2(c) | 2300-000 | | $85.09 | $1,325.26 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,310.26 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,295.26 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,280.26 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,265.26 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,250.26 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,235.26 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,220.26 |
| 09/13/16 | | Transfer from Acct # xxxxxx6862 | Transfer of Funds | 9999-000 | $108,170.89 | | $109,391.15 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $109,376.15 |
| 12/14/16 | 5002 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO BOX 2952 Sacramento, CA 95812-2952 | First & final distribution to claim 1 representing a payment of 100.00 %. | 5800-000 | | $801.05 | $108,575.10 |

| | | Page Subtotals: | | | $108,170.89 | $1,006.14 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-17056 |
| Case Name: | PRINCESS HEALTHCARE, LLC |
| Taxpayer ID No: | XX-XXX4639 |
| For Period Ending: | 12/29/2016 |

| | |
|---|---|
| Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Bank Name: | Union Bank |
| Account Number/CD#: | XXXXXX6854 |
| | GENERAL ACCOUNT |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/14/16 | 5003 | RICHARD K. DIAMOND<br>1900 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA  90067-4402 | TRUSTEE'S EXPENSES PER ORDER ENTERED 12/14/16 | 2200-000 | | $6,324.07 | $102,251.03 |
| 12/14/16 | 5004 | DANNING GILL DIAMOND & KOLLITZ LLP<br>1900 AVENUE OF THE STARS<br>11TH FLOOR<br>LOS ANGELES, CA  90067 | ATTORNEYS FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 12/14/16 | 3120-000 | | $1,756.51 | $100,494.52 |
| 12/14/16 | 5005 | SAMUEL R. BIGGS<br>SLBIGGS, A DIVISION OF SINGERLEWAK<br>10960 WILSHIRE BLVD., 7TH FLOOR<br>LOS ANGELES, CA  90024 | ACCOUNTANTS FOR TRUSTEE'S EXPENSES PER ORDER ENTERED 12/14/16 | 3420-000 | | $151.42 | $100,343.10 |
| 12/14/16 | 5006 | RICHARD K. DIAMOND<br>1900 Avenue of the Stars<br>11th Floor<br>Los Angeles, CA  90067-4402 | TRUSTEE'S FEES PER ORDER ENTERED 12/14/16 | 2100-000 | | $48,844.54 | $51,498.56 |
| 12/14/16 | 5007 | DANNING GILL DIAMOND & KOLLITZ LLP<br>1900 AVENUE OF THE STARS<br>11TH FLOOR<br>LOS ANGELES, CA  90067 | ATTORNEYS FOR TRUSTEE'S FEES PER ORDER ENTERED 12/14/16 | 3110-000 | | $48,210.46 | $3,288.10 |
| 12/14/16 | 5008 | SAMUEL R. BIGGS<br>SLBIGGS, A DIVISION OF SINGERLEWAK<br>10960 WILSHIRE BLVD., 7TH FLOOR<br>LOS ANGELES, CA  90024 | ACCOUNTANTS FOR TRUSTEE'S FEES PER ORDER ENTERED 12/14/16 | 3410-000 | | $3,288.10 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $219,134.57 | $219,134.57 |
| Less: Bank Transfers/CD's | $108,170.89 | $109,521.82 |
| Subtotal | $110,963.68 | $109,612.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $110,963.68 | $109,612.75 |

Page Subtotals: $0.00    $108,575.10

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-17056 | | Trustee Name: | Richard K. Diamond (TR), TRUSTEE |
| Case Name: | PRINCESS HEALTHCARE, LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | XXXXXX6862 |
| | | | | Sale Proceeds |
| Taxpayer ID No: | XX-XXX4639 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/29/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/10/15 | | Transfer from Acct # xxxxxx6854 | Transfer of Funds | 9999-000 | $109,521.82 | | $109,521.82 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.76 | $109,443.06 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.77 | $109,280.29 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $162.17 | $109,118.12 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $151.49 | $108,966.63 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.69 | $108,804.94 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.26 | $108,648.68 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.22 | $108,487.46 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $155.82 | $108,331.64 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $160.75 | $108,170.89 |
| 09/13/16 | | Transfer to Acct # xxxxxx6854 | Transfer of Funds | 9999-000 | | $108,170.89 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $109,521.82 | $109,521.82 |
| Less: Bank Transfers/CD's | $109,521.82 | $108,170.89 |
| Subtotal | $0.00 | $1,350.93 |
| Page Subtotals: | $109,521.82 | $109,521.82 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,350.93 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6854 - GENERAL ACCOUNT | $110,963.68 | $109,612.75 | $0.00 |
| XXXXXX6862 - Sale Proceeds | $0.00 | $1,350.93 | $0.00 |
|  | $110,963.68 | $110,963.68 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $2,290,478.18 |
|---|---|
| Total Net Deposits: | $110,963.68 |
| Total Gross Receipts: | $2,401,441.86 |

Page Subtotals:    $0.00    $0.00